UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CARLOS ANTWAN FLETCHER<br>    Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA<br>    Respondent. | No. 3:14-0833<br>CHIEF JUDGE HAYNES |

## O R D E R

Before the Court is a *pro se* prisoner motion under 28 U.S.C. § 2255 to vacate, set aside or correct sentence. (Docket Entry No. 1).

Upon review of the motion, the Court finds that the Movant has stated at least one colorable claim for ineffective assistance of counsel. Rule 4(b), Rules --- § 2255 Cases. Accordingly, the United States Attorney for this judicial district shall file an answer, plead or otherwise respond to the motion in accordance with Rule 5, Rules --- § 2255 Cases, within sixty (60) days from the date of entry of this Order.

It is so **ORDERED**.

ENTERED this the 27th day of March, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court